[No. 10696-5-II.   Division Two.   January 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SHARON I.
LAWRENCE, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 85-1-00043-9, Carol A. Fuller, J., entered
January 15, 1987. *Reversed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.